**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 |
| Debtors. | (Jointly Administered) |
| | |
| ALAMEDA RESEARCH LTD. and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-50411 (JTD) |
| MICHAEL KIVES, BRYAN BAUM, K5 GLOBAL HOLDINGS LLC, K5 GLOBAL TECHNOLOGY LLC, MBK CAPITAL LP SERIES T, K5 GROWTH CO-INVEST I GP LLC, K5 GLOBAL GROWTH FUND I GP LLC, K5 GLOBAL VENTURES LLC, MOUNT OLYMPUS CAPITAL LP, MOUNT OLYMPUS CAPITAL LLC, K5 GLOBAL GROWTH FUND II LP, K5 GLOBAL GROWTH FUND II GP LLC, K5X FUND I LP, K5X FUND I LLC, and SGN ALBANY LLC, | |
| Defendants. | |

**ORDER**

Upon consideration of the Motion for Withdrawal of the Reference (the

"Motion") filed by the K5 Defendants, it is this ____ day of _____, 2023, **hereby**

**ORDERED** that:

1. The Motion is GRANTED; and

1

2.      Pursuant to 28 U.S.C. §§ 157(d) and (e), Federal Rule of Bankruptcy Procedure 5011, and Del. Bankr. L.R. 5011-1, the reference of the above-captioned adversary proceeding to the Bankruptcy Court is withdrawn

Dated: _____, 2023

_____<br>United States District Judge