# CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on August 17, 2023, a copy of the foregoing *K5 Defendants' Motion to Withdraw the Reference* was served on the following parties in the manner indicated:

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
    mcguire@lrclaw.com
    brown@lrclaw.com
    pierce@lrclaw.com

*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*

***By Electronic Mail***

Steven L. Holley, Esq.
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Christopher J. Dunne, Esq.
Jacob M. Croke, Esq.
Hilary M. Williams, Esq.
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
E-mail: holleys@sullcrom.com
    dietdericha@sullcrom.com
    gluecksteinb@sullcrom.com
    dunnec@sullcrom.com
    crokej@sullcrom.com
    williamsh@sullcrom.com

*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*

***By Electronic Mail***

　　　　　　　　　　　*/s/ Jeremy W. Ryan*
　　　　　　　　　　　Jeremy W. Ryan (No. 4057)