## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on August 17, 2023, a copy of the foregoing *Memorandum of Law in Support of the K5 Defendants' Motion to Withdraw the Reference* was served on the following parties in the manner indicated:

| | |
|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*<br><br>**By Electronic Mail** | Steven L. Holley, Esq.<br>Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Christopher J. Dunne, Esq.<br>Jacob M. Croke, Esq.<br>Hilary M. Williams, Esq.<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>E-mail: holleys@sullcrom.com<br>         dietdericha@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         dunnec@sullcrom.com<br>         crokej@sullcrom.com<br>         williamsh@sullcrom.com<br><br>*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*<br><br>**By Electronic Mail** |

                                                                    */s/ Jeremy W. Ryan*
                                                                    Jeremy W. Ryan (No. 4057)

10971188v.1