# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
FTX Trading Ltd.  
    Debtor  
_____

Bankruptcy Case No.: 22−11068−JTD

Bankruptcy Chapter: 11

Alameda Research Ltd

    Plaintiff

    vs.

SGN Albany LLC et al

    Defendant(s)

Adv. Proc. No.: 23−50411−JTD

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: SGN Albany LLC

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 8/25/23

By: Kimberly Ross, Deputy Clerk

(VAN−431)