IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD. and CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL KIVES, BRYAN BAUM, K5 GLOBAL HOLDINGS LLC, K5 GLOBAL TECHNOLOGY LLC, MBK CAPITAL LP SERIES T, K5 GROWTH CO-INVEST I GP LLC, K5 GLOBAL GROWTH FUND I GP LLC, K5 GLOBAL VENTURES LLC, MOUNT OLYMPUS CAPITAL LP, MOUNT OLYMPUS CAPITAL LLC, K5 GLOBAL GROWTH FUND II LP, K5 GLOBAL GROWTH FUND II GP LLC, K5X FUND I LP, K5X FUND I LLC, and SGN ALBANY LLC,<br><br>    Defendants. | Adv. Pro. No. 23-50411 (JTD) |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

**PLEASE TAKE NOTICE** that on May 15, 2024, Defendants Michael Kives, Bryan Baum, K5 Global Holdings, LLC, K5 Global Technology, LLC, MBK Capital, LP - Series T, K5 Global Growth Co-Invest I GP, LLC, K5 Global Growth Fund I GP, LLC, K5 Global Ventures,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases (the "Debtors"), a complete list of Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

LLC, Mount Olympus Capital, LP, Mount Olympus Capital, LLC, K5 Global Growth Fund II, LP, K5 Global Growth Fund II GP, LLC, K5X Fund I, LP, and K5X Fund I, LLC (collectively, the "K5 Defendants"), by and through its undersigned counsel, served a copy of the *K5 Defendants' Objections and Responses to Plaintiffs' Alameda Research Ltd. and Clifton Bay Investments, LLC's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(B)(6)* upon the parties listed on the attached service list by electronic mail.

Dated: May 16, 2024
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)
Kevin R. Shannon (No. 3137)
Andrew L. Brown (No. 6766)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-6108
Telephone: (302) 984-6108
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
      kshannon@potteranderson.com
      abrown@potteranderson.com

-and-

LATHAM & WATKINS LLP
James E. Brandt (admitted *pro hac vice*)
Suzzanne Uhland (admitted *pro hac vice*)
Hugh Murtagh (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: james.brandt@lw.com
      suzzanne.uhland@lw.com
      hugh.murtagh@lw.com

-and-

Michael J. Reiss (admitted *pro hac vice*)
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: michael.reiss@lw.com

-and-

Michael E. Bern (admitted *pro hac vice*)
555 11th St. NW
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: michael.bern@lw.com

*Attorneys for K5 Defendants Michael Kives, Bryan Baum, K5 Global Holdings, LLC, K5 Global Technology, LLC, MBK Capital, LP – Series T, K5 Global Growth Co-Invest I GP, LLC, K5 Global Growth Fund I GP, LLC, K5 Global Ventures, LLC, Mount Olympus Capital, LP, Mount Olympus Capital, LLC, K5 Global Growth Fund II, LP, K5 Global Growth Fund II GP, LLC, K5X Fund I, LP, and K5X Fund I, LLC*

**SERVICE LIST**

| | |
|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Email: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*<br><br>***By Electronic Mail*** | Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Christopher J. Dunne, Esq.<br>Jacob M. Croke, Esq.<br>Michael T. Tomaino, Jr., Esq.<br>Jonathan M. Sedlak, Esq.<br>Hilary M. Williams, Esq.<br>Mark C. Bennett, Esq.<br>Luke W. Ross, Esq.<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         dunnec@sullcrom.com<br>         crokej@sullcrom.com<br>         tomainoM@sullcrom.com<br>         sedlakj@sullcrom.com<br>         williamsh@sullcrom.com<br>         bennettmar@sullcrom.com<br>         rossl@sullcrom.com<br><br>*Counsel for the Debtors, Debtors-in-Possession, and Plaintiffs*<br><br>***By Electronic Mail*** |